**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

SERTA, INC.,

a Delaware Corporation,

               Plaintiff

    v.

OLEG CASSINI, INC.,

a New York Corporation, Defendant.

Case No.:  1:11- CV-08004

Honorable Robert M. Dow Jr.

## NOTICE OF DISMISSAL

       Plaintiff, Serta, Inc., by and through its attorneys, Quarles & Brady LLP, hereby dismisses this action with prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(i).  Plaintiff hereby certifies that no Answer or Motion for Summary Judgment has been filed by any adverse party.

Dated: August 20, 2012

Respectfully submitted,

/s/ Nicole M. Murray
Nicole M. Murray
Nicole A. Bashor
Quarles & Brady, LLP
300 North LaSalle Street, Suite 4000
Chicago, IL  60654-3422

Attorneys for Plaintiff Serta, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF DISMISSAL was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system (ECF) on this 20th day of August 2012 upon the following:

> Joseph F. Schmidt
> John F. Kennedy
> Erin K. Lynch
> Shefsky & Froelich Ltd.
> 111 East Wacker Drive
> Suite 2800
> Chicago, Illinois 60601

> /s/ Nicole M. Murray
> Attorney for Plaintiff Serta, Inc.

QB\17809019.1